U.S. BANKRUPTCY COURT
District of South Carolina

Case Number: 16-01283
ORDER

The relief set forth on the following pages, for a total of 2 pages, including this page, is hereby ORDERED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:                              )
                                    )          CASE NO. 16-01283
    Kenneth Bledsoe                 )
    Dayna Bledsoe                   )          CHAPTER 13
                                    )
                                    )               ORDER
              Debtor(s).            )
_____ )

      This matter comes before the Court on the debtors' objection to the proof of claim (claim#2) that was filed by Bank of the West on April 18, 2016 in the amount of $52,171.46 as an unsecured claim. Debtors listed several reasons for their objection to include improper notice and that the sale was not sold in a commercially reasonable manner. Debtors' motion states that they were not given notice of the sale and given an opportunity to attend the sale. Debtors' motion further states that no documentation of the notice of sale was attached to the proof of claim. Debtors' motion stated the same model was being advertised on the internet four years after the sale for over $63,000. Debtors objected to the creditor's claim in their bankruptcy schedules.

No objections by the Trustee or Creditor were timely filed.

**WHEREFORE, IT IS ORDERED**

The unsecured claim (#2) filed by Bank of the West on April 18, 2016 in the amount of $52,171.46 is allowed as an unsecured claim in the amount of $00.00.